1
2
3
4
5
6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                AT SEATTLE

8   VIKTOR GENSITSKIY,

9                        Petitioner,          Case No. C18-1192-JLR-MAT

10          v.                                REPORT AND RECOMMENDATION

11  JEFFERSON SESSIONS, et al.,

12                       Respondents.

13

14          Petitioner initiated this action to obtain release from immigration detention.  On August

15  17, 2018, petitioner was release on an order of supervision.  Dkt. 7-1.  The Government now moves

16  to dismiss this action as moot.  Dkt. 7.  Petitioner, who is represented by counsel, did not oppose

17  the motion.

18          Under Article III of the U.S. Constitution, federal courts may adjudicate only actual,

19  ongoing cases or controversies.  *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988).  "For a habeas

20  petition to continue to present a live controversy after the petitioner's release or deportation . . .

21  there must be some remaining 'collateral consequence' that may be redressed by success on the

22  petition."  *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007).  Because petitioner's habeas

23  petition challenges only the length of his detention, his claims were fully resolved by release from

REPORT AND RECOMMENDATION - 1

custody. *See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition must be dismissed as moot. *See id.*

The Court recommends that the Government's motion to dismiss as moot, Dkt. 7, be GRANTED, petitioner's habeas petition be DENIED, and this action be DISMISSED with prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 19, 2018**.

Dated this <u>4th</u> day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2