UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIKTOR GENSITSKIY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>　　　　　　Respondents. | Case No. C18-1192-JLR<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)　　The Court ADOPTS the Report and Recommendation;

(2)　　The Government's motion to dismiss as moot, Dkt. 7, is GRANTED;

(3)　　Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice; and

\\

\\

\\

ORDER OF DISMISSAL - 1

1  (4)  The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

2  Dated this 22nd day of October, 2018.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2